## CAULEY v. ELIZABETH CITY SCHOOLS

No. 77P98

Case below: 128 N.C.App. 532

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

## CONNELLY v. N.C. FARM BUREAU MUT. INS. CO.

No. 145P98

Case below: 128 N.C.App. 750

Petition by plaintiff's for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

## COPPLEY v. COPPLEY

No. 137P98

Case below: 128 N.C.App. 658

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

## DAILEY v. LANCE, INC.

No. 9P98

Case below: 128 N.C.App. 185

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.

## DEASON v. J. KING HARRISON CO.

No. 591A97

Case below: 127 N.C.App. 514

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 6 May 1998.